No. 98–208. KOLSTAD *v.* AMERICAN DENTAL ASSOCIATION. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 960.] Motion of Rutherford Institute for leave to file a brief as *amicus curiae* granted. Motion of respondent to permit the Chamber of Commerce of the United States to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 98–6510. IN RE RIVERA. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1066] denied.

No. 98–6679. MACE *v.* MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT. C. A. 8th Cir.; and

No. 98–6713. MACE *v.* MISSOURI ET AL. C. A. 8th Cir. Motions of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1065] denied.

No. 98–7061. MILLER *v.* J & J DRILLING, INC. Ct. App. Wash.;

No. 98–7264. COERS *v.* TEXAS GUARANTEED STUDENT LOAN CORPORATION ET AL. C. A. 5th Cir.;

No. 98–7413. WALDEN *v.* LEVITT. C. A. 3d Cir.; and

No. 98–7425. SANTESSON *v.* MANOUKIAN ET AL. Ct. App. Cal., 6th App. Dist. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 15, 1999, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–7529. IN RE AL-AMIN;
No. 98–7643. IN RE RASHID;
No. 98–7780. IN RE LINTZ;
No. 98–7807. IN RE BREWER;
No. 98–7922. IN RE GUICE; and
No. 98–7927. IN RE GRIFFIN. Petitions for writs of habeas corpus denied.